# EX. B

**REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**

1156 15th St. NW, Suite 1020
Washington, D.C. 20005
(202) 795-9300
www.rcfp.org

Bruce D. Brown
Executive Director
bbrown@rcfp.org
(202) 795-9301

---

**STEERING COMMITTEE CHAIRMAN**
STEPHEN J. ADLER, *Reuters*

**STEERING COMMITTEE MEMBERS**
J. SCOTT APPLEWHITE
*The Associated Press*
WOLF BLITZER
*CNN*
DAVID BOARDMAN
*Temple University*
THEODORE J. BOUTROUS, JR.
*Gibson, Dunn & Crutcher LLP*
MASSIMO CALABRESI
*Time Magazine*
MANNY GARCIA
*Austin American-Statesman*
EMILIO GARCIA-RUIZ
*San Francisco Chronicle*
JOSH GERSTEIN
*POLITICO*
ALEX GIBNEY
*Jigsaw Productions*
SUSAN GOLDBERG
*National Geographic*
JAMES GRIMALDI
*The Wall Street Journal*
LAURA HANDMAN
*Davis Wright Tremaine*
DIEGO IBARGÜEN
*Hearst*
KAREN KAISER
*The Associated Press*
DAVID LAUTER
*The Los Angeles Times*
MARGARET LOW
*WBUR*
JANE MAYER
*The New Yorker*
COLLEEN MCCAIN NELSON
*The McClatchy Company*
MAGGIE MULVIHILL
*Boston University*
JAMES NEFF
*The Philadelphia Inquirer*
NORMAN PEARLSTINE
*New York, New York*
THOMAS C. RUBIN
*Stanford Law School*
CHARLIE SAVAGE
*The New York Times*
JENNIFER SONDAG
*Bloomberg News*
NABIHA SYED
*The Markup*
ADAM SYMSON
*The E.W. Scripps Company*
PIERRE THOMAS
*ABC News*
SAUNDRA TORRY
*Freelance*
VICKIE WALTON-JAMES
*NPR*
JUDY WOODRUFF
*PBS/The NewsHour*

**HONORARY LEADERSHIP COUNCIL**
CHIP BOK
*Creators Syndicate*
DAHLIA LITHWICK
*Slate*
TONY MAURO
*American Lawyer Media, ret*
ANDREA MITCHELL
*NBC News*
CAROL ROSENBERG
*The New York Times*
PAUL STEIGER
*ProPublica*

*Affiliations appear only for purposes of identification.*




March 31, 2021

Dan Byrnes
York County Clerk of Courts
York County Judicial Center
45 North George Street
York, PA 17401
Via email: DJByrnes@YorkCountyPA.gov

   Re:  Fee schedule

Dear Mr. Byrnes:

We are writing on behalf of the Pennsylvania NewsMedia Association (PNA) and the Reporters Committee for Freedom of the Press (RCFP). PNA is the statewide trade association representing the interests of print and digital media organizations in the Commonwealth, and one of PNA's primary missions is to protect the press's constitutional and statutory rights to gather and disseminate news. RCFP is a non-profit organization that provides pro bono legal representation, amicus curiae support, and other legal resources to protect First Amendment freedoms and the newsgathering rights of journalists across the country.

We are contacting you about the York County Clerk of Courts fee schedule. According to the York County Clerk of Courts "Fines and Fees" webpage (last accessed March 29, 2021), copying fees are as follows:

| COPIES: | Base Rate | Total Due |
|---|---|---|
| Per page | $ 0.65 | $ 0.65 |
| Certified Copy | $ 12.00 | $ 12.00 |
| Electronic Records on CD-ROM or DVD | $ 17.00 | $ 17.00 |

The Public Access Policy of the Unified Judicial System of Pennsylvania (Section 6.0 "Fees") provides that fees for duplication or photocopying "shall not exceed $0.25 per page." We have reviewed other county clerk fee schedules and Lycoming County Clerk of Courts Fee Schedule, attached, provides a good example of a policy that is consistent with the UJS Public Access Policy.

Turning to electronic records on CD-ROM, DVD, or provided via email, the AOPC policy is clear that fees must be "reasonable." The Office of Open

Records provides a helpful framework for analyzing reasonable fee structures. For instance, records delivered via Email or Other Electronic method – no additional fee; CD/DVD – up to actual cost, not to exceed $1.00 per disc.

We respectfully request that your office revise its copying fee schedule to align with the UJS Public Access Policy. The common law and both the Pennsylvania and U.S. Constitutions afford members of the press and public a presumptive right of access to judicial proceedings and records. Courts and related offices have an obligation to facilitate the exercise of that right of access and not create unreasonable financial impediments to the public's right to know.

We would appreciate your response to our inquiry by April 9, 2021.

Thank you for your time and attention to this matter.

Sincerely,

| | |
|---|---|
| */s/Melissa Bevan Melewsky* | */s/Paula Knudsen Burke* |
| Melissa Bevan Melewsky | Paula Knudsen Burke |
| In-house Counsel | Local Legal Initiative Attorney |
| Pennsylvania NewsMedia Association | Reporters Committee for Freedom of the Press |
| Melissam@pa-news.org | Pknudsen@rcfp.org |

Cc:      York County Clerk of Courts solicitor Stephen McDonald (via email)
             Stacey Witalec, AOPC communications director (via email)