## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YORK DAILY RECORD<br>THE YORK DISPATCH,<br>THE PHILADELPHIA INQUIRER<br>d/b/a SPOTLIGHT PA,<br>LNP MEDIA GROUP, INC.,<br>and WITF<br>    Plaintiffs<br><br>v.<br><br>DANIEL J. BYRNES, in his official<br>Capacity as Clerk of Court for<br>York County, Pennsylvania<br>    Defendant | Case No. 1:22-cv-00361-SHR<br><br><br><br><br><br><br><br><br><br>42 U.S.C §1983<br>PRELIMINARY AND<br>PERMANENT INJUNCTIVE<br>RELIEF REQUESTED |

## DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Stephen R. McDonald, Esquire
Attorney I.D. No. 310319
CGA Law Firm
135 N. George Street
York, PA 17401
717-848-4900 t.
717-843-9039 f.
smcdonald@cgalaw.com
*Counsel for Defendant*

{02093678/1}