IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| York Daily Record, et al. | : | CIVIL NO. 1:22-CV-361 |
| Plaintiffs | : | |
| vs. | : | |
| Daniel J. Byrnes | : | Judge Sylvia H. Rambo |
| Defendant | : | |

## **O R D E R**

The parties having contacted chambers via email and advising that the parties have reached a partial settlement in principle, **IT IS HEREBY ORDERED THAT**, the Preliminary Injunction Hearing currently scheduled for July 25, 2022 is CANCELLED. A new conference will be scheduled, if necessary, by further order of the court. A telephonic status conference is scheduled for September 6, 2022 at 10:30 a.m. The court will e-mail counsel with conference call information closer to the hearing date.

Dated: July 15, 2022

S/Sylvia H. Rambo
United States District Judge